MABEL KOSTURKO ET AL., PLAINTIFFS, v. JAMES AN-
TON WISSE, DEFENDANT.

Submitted May term, 1929—Decided October 21, 1929.

Before GUMMERE, CHIEF JUSTICE, and Justices KALISCH
and CAMPBELL.

For the rule, *Peter J. McGinnis.*

*Contra, Jacob Schneider.*

PER CURIAM.

This was an action seeking to recover damages alleged to
have been caused by the negligent operation of a motor car
by the defendant. The trial of the issue resulted in a ver-
dict in favor of the defendant below.

By the present rule the plaintiffs seek to have such finding
against them set aside for the reason, as urged, that it is
against the weight of the evidence.

We conclude that the proofs presented such a question as
not to warrant the setting aside of the settlement thereof and
finding thereon by the jury.

The rule is therefore discharged.